■ MARGO BREWER, Appellant, v NEW YORK NEWS, INC., et al., Respondents.—Order, Supreme Court, New York County (Edward Greenfield, J.), entered on June 15, 1987, unanimously affirmed for the reasons stated by Edward Greenfield, J., without costs and without disbursements. Concur—Murphy, P. J., Sandler, Carro, Milonas and Rosenberger, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE BRITO, Appellant.—Judgment, Supreme Court, Bronx County (Burton Hecht, J.), rendered on August 6, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Sandler, Carro, Milonas and Rosenberger, JJ.